Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA 94607
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
JAMIE LYNN LENEX

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8945
jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN LENEX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:15-cv-00581- BAM<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court pursuant to the Scheduling Order in the above-referenced action (*ECF Document 5*), that Plaintiff shall have a first extension of time of thirty (30) days to serve his Confidential Letter Brief. The new date for Plaintiff's Confidential Letter Brief shall be on or

before **November 27, 2015**.

                                                                        Respectfully submitted,

Dated: October 27, 2015                                  NEWEL LAW

                                               By:   *Melissa Newel*
                                                         Melissa Newel
                                                         Attorney for Plaintiff
                                                         JAMIE LYNN LENEX

Dated: October 27, 2015                                  BENJAMIN B. WAGNER
                                                         United States Attorney
                                                         DEBORAH LEE STACHEL
                                                         Acting Regional Chief Counsel, Region IX
                                                         Social Security Administration

                                               By:   `Jennifer Kenney*`
                                                         Jennifer A. Kenney
                                                        (*authorized by email dated 10/27/*2015)
                                                        Special Assistant U.S. Attorney
                                                        Attorneys for Defendant

## **ORDER**

     Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including November 27, 2015, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order (*ECF Document 5*) are modified accordingly.

IT IS SO ORDERED.

    Dated:  **October 29, 2015**                 /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE