# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN LENEX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:15-cv-581-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE April 21, 2016** |

Plaintiff Jamie Lenex seeks review of the Commissioner's denial of her social security benefits. On April 17, 2015, this Court entered a scheduling order in this action. (Doc. 5). Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 95 days from the date of service of the administrative record by Defendant. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. *See* Local Rule 110.

A review of the docket, including the extension of time to submit Plaintiff's confidential letter brief, reveals that the administrative record was filed on September 28, 2015. (Doc. 10). Based on the Court's order modifying the scheduling order to allow Plaintiff an additional thirty days to submit her letter brief, Plaintiff's opening brief was therefore due no later than February 3, 2016. (Doc. 12). To date, Plaintiff has not filed her opening brief.

1

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **April 21, 2016.** Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

   Dated:   **April 6, 2016**                  /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE