PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JAMIE LYNN LENEX,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-0581-BAM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's opening brief by **30 days** to **June 22, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

There is good cause for this extension because this case was recently reassigned to new counsel for Defendant, who needs additional time to become familiar with the facts of the instant case and the issues presented in the opening brief.  There is also good cause for this extension because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the

Equal Access to Justice Act, conducting discovery and drafting substantive pleadings in personnel-related litigation pending before the Equal Employment Opportunity Commission, and preparing for a hearing in personnel litigation pending before the Merit Systems Protection Board.  Accordingly, Defendant needs additional time to prepare her responsive brief.

    Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *May 19, 2016*     NEWEL LAW

By: */s/ Asim H. Modi for Melissa Newel\**
MELISSA NEWEL
*\*Authorized by email on May 19 2016*
Attorneys for Plaintiff

Date: *May 19, 2016*     PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until June 22, 2016 to file her responsive brief, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly

IT IS SO ORDERED.

Dated:   **May 23, 2016**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE